**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re | Chapter 11 |
| **GOLFSMITH INTERNATIONAL HOLDINGS, INC.** | Case No. 16– _____ (    ) |
| Debtor. | |
| Tax I.D. No. 16-1634847 | |

---

| | |
|---|---|
| In re | Chapter 11 |
| **GMAC HOLDINGS, LLC** | Case No. 16– _____ (    ) |
| Debtor. | |
| Tax I.D. No. 46-1263331 | |

---

| | |
|---|---|
| In re | Chapter 11 |
| **GOLF TOWN USA HOLDCO LIMITED** | Case No. 16– _____ (    ) |
| Debtor. | |
| Tax I.D. No. 98-0445562 | |

---

| | |
|---|---|
| In re | Chapter 11 |
| **GOLF TOWN USA HOLDINGS INC.** | Case No. 16– _____ (    ) |
| Debtor. | |
| Tax I.D. No. 27-5557038 | |

---

```
------------------------------------------------------ x
                                                       :
In re                                                  :    Chapter 11
                                                       :
GOLF TOWN USA, LLC                                     :    Case No. 16– _____ (     )
                                                       :
                                                       :
           Debtor.                                     :
                                                       :
Tax I.D. No. 27-2460259                                :
------------------------------------------------------ x
                                                       :
In re                                                  :    Chapter 11
                                                       :
GOLFSMITH 2 GP, L.L.C.                                 :    Case No. 16– _____ (     )
                                                       :
                                                       :
           Debtor.                                     :
                                                       :
Tax I.D. No. 45-4532218                                :
------------------------------------------------------ x
                                                       :
In re                                                  :    Chapter 11
                                                       :
GOLFSMITH EUROPE, L.L.C.                               :    Case No. 16– _____ (     )
                                                       :
                                                       :
           Debtor.                                     :
                                                       :
Tax I.D. No. 74-2882408                                :
------------------------------------------------------ x
                                                       :
In re                                                  :    Chapter 11
                                                       :
GOLFSMITH INCENTIVE                                    :    Case No. 16– _____ (     )
SERVICES, L.L.C.                                       :
                                                       :
           Debtor.                                     :
                                                       :
Tax I.D. No. 26-2602730                                :
------------------------------------------------------ x
```

```
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
GOLFSMITH INTERNATIONAL, INC.                           :   Case No. 16– _____ (     )
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 22-1957337                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
GOLFSMITH INTERNATIONAL, L.P.                           :   Case No. 16– _____ (     )
                                                        :
                                                        :
        Debtor.                                         :
                                                        :
                                                        :
Tax I.D. No. 74-2864257                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
GOLFSMITH LICENSING, L.L.C.                             :   Case No. 16– _____ (     )
                                                        :
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 74-3075499                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
GOLFSMITH NU, L.L.C.                                    :   Case No. 16– _____ (     )
                                                        :
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 74-2882404                                 :
------------------------------------------------------- x
```

```
------------------------------------------------------------ x
                                                             :
In re                                                        :   Chapter 11
                                                             :
GOLFSMITH USA, L.L.C.                                        :   Case No. 16– _____ (     )
                                                             :
          Debtor.                                            :
                                                             :
Tax I.D. No. 74-2882405                                      :
------------------------------------------------------------ x
```

**MOTION OF DEBTORS FOR
ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)**

Golfsmith International Holdings, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**" or "**Golfsmith**"), respectfully represent:

**Background**

1. On the date hereof (the "**Petition Date**"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2. Contemporaneously herewith, the Debtors have filed a motion requesting joint administration of these chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3. Simultaneously with the commencement of these chapter 11 cases, Golfsmith's non-Debtor Canadian affiliates operating as Golf Town ("**Golf Town**") have commenced a proceeding (the "**CCAA Proceeding**") under the Companies' Creditors

Arrangement Act (the "**CCAA**") in the Ontario Superior Court of Justice (Commercial List) in Canada (the "**Canadian Court**").

4. Information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Brian Cejka in Support of the Debtors' Chapter 11 Petitions and Related Requests for Relief* (the "**Cejka Declaration**"),[1] which has been filed contemporaneously herewith and is incorporated by reference herein.

## Jurisdiction

5. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rule 9013–1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

6. By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Debtors request entry of an order directing joint administration of these chapter 11 cases for procedural purposes only. In addition, the Debtors respectfully request that the Court maintain one file and one docket for all of the

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Cejka Declaration.

5

jointly administered cases under the lead chapter 11 case of Golfsmith International Holdings, Inc., and that these chapter 11 cases be jointly administered under the following consolidated caption:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
GOLFSMITH INTERNATIONAL                         :    Case No. 16-_____ (___)
HOLDINGS, INC., et al.,                         :
                                                :
            Debtors.¹                           :    (Jointly Administered)
                                                :
------------------------------------------------x
```

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Golfsmith International Holdings, Inc. (4847); GMAC Holdings, LLC (3331); Golf Town USA Holdco Limited (5562); Golf Town USA Holdings Inc. (7038); Golf Town USA, LLC (0259); Golfsmith 2 GP, L.L.C. (2218); Golfsmith Europe, L.L.C. (2408); Golfsmith Incentive Services, L.L.C. (2730); Golfsmith International, Inc. (7337); Golfsmith International, L.P. (4257); Golfsmith Licensing, L.L.C. (5499); Golfsmith NU, L.L.C. (2404); and Golfsmith USA, L.L.C. (2405).  The Debtors' corporate headquarters is located at 11000 North IH-35, Austin, TX 78753.

7. The Debtors further request the Court's direction that a notation substantially similar to the following language be entered on the docket of each of these chapter 11 cases (except the chapter 11 case of Golfsmith International Holdings, Inc.) maintained by the Clerk of the Court to reflect the joint administration of the Debtors' chapter 11 cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Golfsmith International Holdings, Inc.; GMAC Holdings, LLC; Golf Town USA Holdco Limited; Golf Town USA Holdings Inc.; Golf Town USA, LLC; Golfsmith 2 GP, L.L.C.; Golfsmith Europe, L.L.C.; Golfsmith Incentive Services, L.L.C.; Golfsmith International, Inc.; Golfsmith International, L.P.; Golfsmith Licensing, L.L.C.; Golfsmith NU, L.L.C.; and Golfsmith USA, L.L.C. The docket in Case No. 16-_____ (___) should be consulted for all matters affecting this case.

5. For clarity, the Debtors are requesting such relief only with respect to Golfsmith, and not Golf Town.[2] However, the Debtors reserve all rights to file a subsequent motion seeking authority to jointly administer their cases with additional cases if the circumstances warrant doing so.

6. A proposed form of order granting the relief requested in this Motion is attached hereto as **Exhibit "A"** (the "**Proposed Order**").

### Basis for Relief Requested

7. On the date hereof, the Debtors commenced the above-captioned chapter 11 cases by filing the appropriate petitions with this Court. As set forth in the Cejka Declaration, there are 13 Debtors, with approximately 9,300 creditors and other parties in interest in these chapter 11 cases. Joint administration will allow for the efficient and convenient administration of the Debtors' interrelated chapter 11 cases, will yield significant cost savings, and will not prejudice the substantive rights of any party in interest.

8. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against… a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). As set forth in the Cejka Declaration, the Debtors in these chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the relief requested herein.

9. As described more fully in the Cejka Declaration, the Debtors operate as an integrated business with common ownership and control. The Debtors also share a number of

---

[2] As noted above, "Golfsmith" refers to the Debtors, which are all based in the United States. Golf Town is party to a separate CCAA Proceeding in Canada. Unless otherwise indicated, data or statistics referenced herein are described solely with respect to Golfsmith, and not Golf Town.

financial and operational systems. As a result, many of the motions, hearings and orders that will arise in these cases will affect each and every Debtor. Joint administration of these chapter 11 cases will reduce fees and costs by avoiding duplicative filings, objections, notices and hearings. Joint administration also will allow the United States Trustee for the District of Delaware (the "**U.S. Trustee**") and all other parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

        10.    Joint administration will not adversely affect the Debtors' respective constituencies because this Motion only requests administrative—and not substantive—consolidation of the Debtors' estates. For example, any creditor still may file a claim against a particular Debtor or its estate (or against multiple Debtors and their respective estates) and intercompany claims among the Debtors will not be affected.

## Notice

        11.    Notice of this Motion will be provided to (i) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Jane Leamy, Esq.); (ii) the holders of the thirty (30) largest unsecured claims against the Debtors (on a consolidated basis); (iii) Morgan, Lewis & Bockius LLP, One Federal Street, 32nd Floor, Boston, MA 02110 (Attn: Sandra J. Vrejan, Esq. and Julia Frost-Davies, Esq.) and Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (Attn: Kurt F. Gwynne, Esq.), counsel to Antares Capital LP, as (a) successor in interest to the Agent under the Debtors' prepetition ABL Credit Facility, and (b) DIP Agent under the Debtors' proposed DIP Facility; (iv) The Bank of New York Mellon, 101 Barclay Street, Floor 4 East, New York, NY 10286 (Attn: Global Americas and Tim Burke), as U.S. Co-Trustee and U.S. Collateral Agent under the Senior Secured Note Indenture; (v) BNY Trust Company of Canada, 11th Floor, 320 Bay Street, Toronto, Ontario M5H 4A6 (Attn: Transaction Management Group),

RLF1 15165429V.1

and BNY Trust Company of Canada, Suite 520, 1130 West Pender Street, Vancouver, BC V6E 4A4 (Attn: Roberta Massender), as Canadian Co-Trustee and Canadian Collateral Agent under the Senior Secured Note Indenture; (vi) OCPI GT SPV Limited, 100 University Avenue, Toronto, Ontario M5H 4H2 (Attn: Andrew Prodanyk), as guarantor under the SPV Holdco Guarantee; (vii) Goodmans LLP, 333 Bay Street, Suite 3400, Toronto, Ontario M5H 2S7 (Attn: Robert J. Chadwick and Melaney Wagner), as counsel to Golf Town in the CCAA Proceeding; (viii) FTI Consulting Canada Inc., the Canadian Court-appointed monitor in the CCAA Proceeding (the "**Monitor**"), TD South Tower, 79 Wellington Street West, Toronto Dominion Centre, Suite 2010, P.O. Box 104, Toronto, ON M5K 1G8 (Attn: Paul Bishop and Jim Robinson); (ix) Osler, Hoskin & Harcourt LLP, 100 King Street West, 1 First Canadian Place, Suite 6200, P.O. Box 50, Toronto, Ontario M5X 1B8 (Attn: Tracy Sandler and Jeremy Dacks), as counsel for the Monitor; (x) the Securities and Exchange Commission; (ix) the Internal Revenue Service; (xi) the United States Attorney's Office for the District of Delaware; (xii) any other party entitled to notice pursuant to Local Rule 9013–1(m).

12. Notice of this Motion and any order entered hereon will be served on all parties required by Local Rule 9013–1(m). Based on the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice is required.

**No Previous Request**

13. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: September 14, 2016
      Wilmington, Delaware

    */s/ Mark D. Collins*
    RICHARDS, LAYTON & FINGER, P.A.
    Mark D. Collins (No. 2981)
    John H. Knight (No. 3848)
    Zachary I. Shapiro (No. 5103)
    Brett M. Haywood (No. 6166)
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Michael F. Walsh (*pro hac vice* admission pending)
    David N. Griffiths (*pro hac vice* admission pending)
    Charles M. Persons (*pro hac vice* admission pending)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Proposed Attorneys for the Debtors*
    *and Debtors in Possession*

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
**In re** :
: **Chapter 11**
**GOLFSMITH INTERNATIONAL** :
**HOLDINGS, INC.** : **Case No. 16–** _____ (    )
:
Debtor. :
:
**Tax I.D. No. 16-1634847** :
---------------------------------------------------------- x
:
**In re** : **Chapter 11**
:
**GMAC HOLDINGS, LLC** : **Case No. 16–** _____ (    )
:
:
Debtor. :
:
**Tax I.D. No. 46-1263331** :
---------------------------------------------------------- x
:
**In re** : **Chapter 11**
:
**GOLF TOWN USA** : **Case No. 16–** _____ (    )
**HOLDCO LIMITED** :
:
Debtor. :
:
**Tax I.D. No. 98-0445562** :
---------------------------------------------------------- x
:
**In re** : **Chapter 11**
:
**GOLF TOWN USA** : **Case No. 16–** _____ (    )
**HOLDINGS INC.** :
:
Debtor. :
:
**Tax I.D. No. 27-5557038** :
---------------------------------------------------------- x

---------------------------------------------------------------- x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| **GOLF TOWN USA, LLC** : | Case No. 16– _____ ( ) |
| **Debtor.** : | |
| Tax I.D. No. 27-2460259 : | |

---------------------------------------------------------------- x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| **GOLFSMITH 2 GP, L.L.C.** : | Case No. 16– _____ ( ) |
| **Debtor.** : | |
| Tax I.D. No. 45-4532218 : | |

---------------------------------------------------------------- x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| **GOLFSMITH EUROPE, L.L.C.** : | Case No. 16– _____ ( ) |
| **Debtor.** : | |
| Tax I.D. No. 74-2882408 : | |

---------------------------------------------------------------- x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| **GOLFSMITH INCENTIVE SERVICES, L.L.C.** : | Case No. 16– _____ ( ) |
| **Debtor.** : | |
| Tax I.D. No. 26-2602730 : | |

---------------------------------------------------------------- x

```
------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
GOLFSMITH INTERNATIONAL, INC.                           :    Case No. 16– _____ (     )
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 22-1957337                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
GOLFSMITH INTERNATIONAL, L.P.                           :    Case No. 16– _____ (     )
                                                        :
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 74-2864257                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
GOLFSMITH LICENSING, L.L.C.                             :    Case No. 16– _____ (     )
                                                        :
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 74-3075499                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
GOLFSMITH NU, L.L.C.                                    :    Case No. 16– _____ (     )
                                                        :
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. 74-2882404                                 :
------------------------------------------------------- x
```

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
GOLFSMITH USA, L.L.C.                                        :    Case No. 16– _____ (     )
                                                             :
              Debtor.                                        :
                                                             :
Tax I.D. No. 74-2882405                                      :
------------------------------------------------------------ x
```

**ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS'**
**RELATED CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)**

Upon the motion, dated September 14, 2016 (the "**Motion**")[1] of Golfsmith International Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes pursuant to Bankruptcy Rule 1015(b), as more fully set forth in the Motion; and upon consideration of the Cejka Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4

requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases.

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
---------------------------------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
GOLFSMITH INTERNATIONAL                  :    Case No. 16-_____ (___)
HOLDINGS, INC., et al.,                  :
                                         :
                   Debtors.[1]           :    (Jointly Administered)
                                         :
---------------------------------------------------------------x
```

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Golfsmith International Holdings, Inc. (4847); GMAC Holdings, LLC (3331); Golf Town USA Holdco Limited (5562); Golf Town USA Holdings Inc. (7038); Golf Town USA, LLC (0259); Golfsmith 2 GP, L.L.C. (2218); Golfsmith Europe, L.L.C. (2408); Golfsmith Incentive Services, L.L.C. (2730); Golfsmith International, Inc. (7337); Golfsmith International, L.P. (4257); Golfsmith Licensing, L.L.C. (5499); Golfsmith NU, L.L.C. (2404); and Golfsmith USA, L.L.C. (2405). The Debtors' corporate headquarters is located at 11000 North IH-35, Austin, TX 78753.

8. A docket entry shall be made in each of the above-captioned chapter 11 cases (except the chapter 11 case of Golfsmith International Holdings, Inc.) substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Golfsmith International Holdings, Inc.; GMAC Holdings, LLC; Golf Town USA Holdco Limited; Golf Town USA Holdings Inc.; Golf Town USA, LLC; Golfsmith 2 GP, L.L.C.; Golfsmith Europe, L.L.C.; Golfsmith Incentive Services, L.L.C.; Golfsmith International, Inc.; Golfsmith International, L.P.; Golfsmith Licensing, L.L.C.; Golfsmith NU, L.L.C.; and Golfsmith USA, L.L.C. The docket in Case No. 16-_____ (___) should be consulted for all matters affecting this case.

9. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2016
    Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

6